89 A.3d 657

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jason S. COLLURA, Petitioner.**

Supreme Court of Pennsylvania.

April 14, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of April, 2014, the Petition for Allowance of Appeal and Petitioner's ancillary Petition for Oral Argument, Petition for Permission to File a Response and Motion to Strike are **DENIED.**